**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
(Admitted Pro Hac Vice)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
(Admitted Pro Hac Vice)
Virginia A. Sanderson (CA Bar No. 240241)
(Admitted Pro Hac Vice)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiffs
John Doe 1, John Doe 2, and John Doe 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **John Doe 1**, an individual; **John Doe 2**, an individual; and **John Doe 3**, an individual; | Case No. 2:15-cv-01768-DJH |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | |
| **GoDaddy.com, LLC**, a Delaware corporation; **Amazon Web Services, Inc.**, a Delaware corporation; **John Roe 1**, d/b/a <ashleymadisonpowersearch.com> and <adulterysearch.com>; **John Roe 2**, d/b/a <ashleymadisoninvestigations.com>; **John Roe 3**, d/b/a <greyhatpro.com>; and **Roes 4–20**, inclusive, | |
| Defendants. | |

1   NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice all claims in the above-captioned action.

Respectfully submitted,

DATED:  December 14, 2015                    **KRONENBERGER ROSENFELD, LLP**

By: s/ Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Plaintiffs



Kronenberger Rosenfeld
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 2:15-cv-01768-DJH   1   **NOTICE OF DISMISSAL**